Thurmond R. GUESS, Sr.,
Plaintiff–Appellant,

v.

David ADAMS, as Richland County Treasurer; Shirley S. Tapp,
Defendants–Appellees.

No. 16–1137

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2016

Decided: June 23, 2016

Thurmond R. Guess, Sr., Appellant Pro Se. William Henry Davidson, II, Kenneth Paul Woodington, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurmond R. Guess, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. §§ 1981–1983 (2012) complaint and the court's order denying Guess' motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm

for the reasons stated by the district court. Guess v. Adams, No. 3:15–cv–00657–CMC (D.S.C. Dec. 14, 2015 & Jan. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED